**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

SCOTT L. APEL,
     Plaintiff,

vs.                                        Case No. 3:07cv506/MCR/EMT

FLORIDA BAR, et al.,
     Defendants.
                               /

**O R D E R**

     This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 5, 2007.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

     Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

     2.  This cause is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

     **DONE AND ORDERED** this 17th day of December, 2007.

                                                           s/ *M. Casey Rodgers*
                                                       **M. CASEY RODGERS
                                                       UNITED STATES DISTRICT JUDGE**